FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2019 MAY 14 A II: 03

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

BILL OF INFORMATION FOR
VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 19-00089 |
| v. | * | SECTION: SECT. M MAG. 4 |
| ANGELA BOURGEOIS | * | VIOLATION: 21 U.S.C. § 843(b) |
| * * * | | |

The United States Attorney charges that:

## COUNT 1

**(Use of a Communication Facility in Causing or Facilitating a Drug Trafficking Felony)**

1. On or about September 1, 2017, in the Eastern District of Louisiana, the defendant, **ANGELA BOURGEOIS**, did knowingly and intentionally use any communication facility, to wit, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to distribute and possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b).

X Fee USA
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

## **NOTICE OF DRUG FORFEITURE**

1.  The allegations of Counts One of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of the offense charged in Count One of this Bill of Information, the defendant, **ANGELA BOURGEOIS,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Bill of Information.

3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Sections 853, and 843(b).

                                                              PETER G. STRASSER
                                                              UNITED STATES ATTORNEY

                                                              JONATHAN L. SHIH
                                                              NICHOLAS D. MOSES
                                                              Assistant United States Attorneys

New Orleans, Louisiana
May 14, 2019

No. _____

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ANGELA BOURGEOIS

**BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT**

Violation(s):  21 U.S.C. § 843(b)

Filed _____, 20 19

_____, Clerk.

By _____, Deputy

JONATHAN L. SHIH
Assistant United States Attorney